IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DORNA SPORTS, S.L., | ) |
| | ) Case No. 23-cv-13907 |
| Plaintiff, | ) |
| | ) |
| | ) Judge Steven C. Seeger |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to 15 U.S.C §1116(c) and Local Rule 3.4, Plaintiff provides the following notice of claims involving trademarks:

1. Names/Addresses of Litigants:

   Dorna Sports, S.L.
   Pinar, 7, Planta 6
   E-28006 MADRID
   SPAIN

   Defendants – unknown.

2. U.S. trademark registrations upon which suit has been brought:

   **U.S. Reg. No. 2,947,076**
   Mark:  MOTOGP
   Goods:  Int'l. Class 9.  photographic cameras, projectors, slide transparencies, flashbulbs and darkroom lamps; photometers; cinematographic film; film portrait cameras; lasers for measuring purposes; measuring apparatus, namely, bevels; measuring cups and spoons; pocket calipers for measuring; tape measures; blank magnetic data carriers, blank recording discs for computers; automatic vending

machines and parts therefore; cash registers, calculators, data processors, computers; fire extinguishers; interactive video games comprised of computer hardware and software; computer games recorded on disc.

Goods: Int'l. Class 16. Printing paper and cardboard; printed matter, namely, magazines, newspapers and books relating to motor sport championships; book bindings; mounted photographs; stationary; adhesives for stationary or household purposes; artists' materials, namely, paint brushes, pastels, pencils, pens, canvas panels; electric typewriters; office requisites not including furniture, namely, staplers, rulers, pens, pencils; printed teaching materials on sports and motor sport championships; plastic bubble packs for wrapping or packaging; playing cards; printing type; printing blocks.

Goods: Int'l. Class 25. Clothing, namely, headwear, footwear, shirts, shorts, hats, pants, jackets, t-shirts, sweaters, dresses and coats; motor sporting articles, namely, tops, bottoms, pants, headwear, hats, caps, shirts, jackets, coats, rainwear, socks, stockings, gloves, footwear, uniforms.

Goods: Int'l. Class 28. Games and playthings, namely, board games, action skill games, card games, coin operated video games, toy motorcycles.

Goods: Int'l. Class 41. Organizing exhibitions in the field of motor sports.

U.S. Reg. No. **3,508,867**
Mark: MOTOGP
Goods: Int'l. Class 9. Scientific, electric, photographic, cinematographic, optical, signaling, control and emergency apparatus and instruments, namely, photographic cameras, projectors, slide transparencies, flashbulbs and darkroom lamps, photometers, cinematographic film, film portrait cameras; spectacle frames; hearing protection headsets, not for medical use; apparatus for recording, transmitting,

reproducing sound or images; magnetic recording media, namely, black magnetic disks; sound recording discs, namely, blank record disks; blank optical disks; cash registers, calculators, data processors and computers; fire extinguishers; protective helmets for motorcyclists and cyclists, accident protection footwear and boots; accident protection gloves; cases for spectacles and sunglasses, spectacle frames; pre-recorded CDs and DVDs featuring motorcycling events and motorcycle races; apparatus for games adapted for use with television receivers only, namely, video game machines for use with televisions; electronic game programs; accident protection suits, namely, protective clothing and protective helmets; protective reinforcements for shoulder, elbows, knees and other body parts for preventing accidents, namely, hard plate personal body armor; pocket calculators; vehicle breakdown warning triangles; reflecting vests for personal use, namely, reflective and illuminated clothing for safety purposes.

Goods: Int'l. Class 25. Clothing, namely, shirts, shorts, hats, pants, jackets, t-shirts, sweaters, dresses and coats, dresses, tops; footwear, headgear, namely, hats and caps; rope-soled sandals, coats, scarves swimming suits, dressing gowns, blouses, berets, boots, socks, shoes, sports footwear, shirts, t-shirts, sweatshirts, polo shirts, bonnets, caps, gloves, trousers, pajamas, sportswear, namely, tops, bottoms, pants, headwear, hats, caps, shirts, jackets, coats, rainwear, socks, stockings, gloves, footwear, uniforms; underwear, hats, motorists' trousers, motorists' jackets, motorists' gloves; breeches and balaclavas for motorcyclists, wind resistant jackets, trousers and jumpsuits of leather and imitation leather.

Goods: Int'l. Class 41. Services of organization of events and sports and cultural activities, namely, organizing community sporting and cultural events; education services, namely, providing seminars, workshops, conferences in the field of motorcycle racing; training in the fields of motorcycle racing, radio and television broadcasting, arts and crafts, computer software applications, language training; entertainment in the nature of performing and competing in motor sports events;

organization of educational exhibitions in the field of motor sports; production of audiovisual recordings; editing and publishing books and non-advertising texts; organization and conducting of competitions, colloquiums, conferences and conventions for cultural or educational purposes in the field of motor sports; providing museum facilities; services of production and representation of shows, sports retransmissions, namely, production and distribution of television shows and movies; academies, namely, boarding schools; services of a motorcycling school, namely, providing classes, seminars and workshops in the field of motorcycling; services of a sports club, namely, providing fitness and exercise facilities; sports teaching with instructors and prepared staff, namely, operation of sports camps; providing theme park services and amusement facilities; holiday camps, namely, recreational camps; casinos; organization of sports competitions; discotheques; operation and rental of golf courses and providing road racing tracks and all types of sports facilities; operating cinema theaters and amusement arcades.

U.S. Reg. No. **4,541,007**
Mark: MOTOGP
Goods: Int'l. Class 4. Industrial greases and oils; industrial lubricants; petroleum-based dust-absorbing, wetting and binding compositions; fuels; illuminants, namely, candles, lamp oil; motor oil; carburants, namely, gaseous fuels, liquid fuels.

Goods: Int'l. Class 7. Machines, namely, fork lifts, machines for the production of automobile parts; machines for production of motorcycle parts; machine tools, namely, turning tools, electro-chemical discharge machine tools for metalworking; motors and engines not for land vehicles; igniting devices for motors and engines, namely, spark plugs, ignition wires; injectors for motors and engines, exhaust manifolds and exhaust mufflers for motors and engines, silencers for engine exhausts; starters for motors and engines; air and oil filters for motors and engines; pulleys being machine parts, belts being machine parts and fans for motors and engines; spark plugs; fuel economizers for motors and engines, namely, fuel catalysts; carburetors

4

for motors and engines; turbo-feeders for motors and engines, namely, fuel lines being parts of motors and engines; anti-friction engine bearings; dynamos; starter motors for motorcycles.

Goods: Int'l. Class 12. Vehicles, namely, land vehicles, motorcycles; vehicle accessories and parts, namely, belts for land vehicle transmissions, drink holders for vehicles, lug nuts for vehicle wheels; apparatus for locomotion by land, air or water, namely, boats, locomotives; airbags for vehicles; anti-theft devices for vehicles; seats for vehicles; non-skid devices for vehicles, namely, anti-skid chains for vehicles, anti-skid studs for vehicles; anti-glare devices for vehicles, namely, windshield visors; safety restraints for vehicles, namely, child restraints for vehicle seats, seat belts for vehicles; seats and seat covers for vehicles; shock absorbers and suspension springs for vehicles; tire chains for vehicles; gearboxes and transmission chains for land vehicles; air pumps for automobiles; motorized golf trolleys; bodies and chassis for vehicles; motorcycle side cars; strollers; motor cars for transport on land; panniers adapted for cycles; automobile windshield sunshades; fitted covers for vehicles; bicycles; [ bicycle accessories, namely, bicycle brakes, bicycle drive trains, bicycle seats; horns for vehicles; baby carriages; inner tubes for pneumatic tires; windows for vehicles; pneumatic tires and valves for vehicles; tanks for gasoline, oil and brake fluid for vehicles; mudguards; direction signals for vehicles; fitted vehicle covers; handlebars for motorcycles and bicycles; tailboard lifts for vehicles, namely, power-operated lifts specially adapted for vehicles for use with wheelchairs, scooters, personal mobility vehicles, etc.; luggage racks, carriers for vehicles; luggage nets specially adapted for vehicles; rearview mirrors; saddles and saddle covers for motorcycles and bicycles; vehicle frames; caps for vehicle gas tanks; vehicle running boards; ] brakes and brake linings for vehicles; wheel rims and ] tires for vehicles; motorized bicycles; steering wheels for vehicles; anti-theft alarms for vehicles; brakes for vehicles; motorcycles; delivery tricycles; mopeds; motor scooters; trailers for vehicles, namely, cargo trailers, bicycle trailers, towable trailers being a recreational vehicle; side cars; motors and engines for land vehicles; electric motors for land

5

vehicles; wheel spokes for land vehicles; transmissions for land vehicles; kickstands for motorcycles; handlebar grips for motorcycles and bicycles; saddlebags for motorcycles.

U.S. Reg. No. **3,512,835**
Mark: MOTOGP KIDS
Goods: Int'l. Class 9. Photographic cameras, projectors, slide transparencies, flashbulbs and darkroom lamps; photometers; cinematographic film; film portrait cameras; lasers for measuring purposes; measuring apparatus, namely, bevels; measuring cups and spoons; pocket calipers for measuring; tape measures; blank magnetic data carriers, blank recording discs for computers; automatic vending machines and parts therefore; cash registers, calculators, data processors, computers; fire extinguishers; video game discs; interactive video games comprised of computer hardware and software; computer games recorded on disc, sunglasses; protective helmets; Protective clothing; protective helmets for sports; cases for mobile phone; eyewear; sports eyewear; eyewear accessories, namely, straps, cords, chains and cases; mousepads.

Goods: Int'l. Class 16. Printing paper and cardboard; printed matter, namely, magazines, newspapers and books relating to motor sport championships; book bindings; mounted photographs; stationery, adhesives for stationery or household purposes; artists' materials, namely, paint brushes, pastels, pencils, pens, canvas panels; electric typewriters; office requisites not including furniture, namely, staplers, rulers, pens, pencils; printed teaching materials on sports and motor sport championships; plastic bubble packs for wrapping or packaging; printing type; printing blocks; sample book in the field of scale model vehicles.

Goods: Int'l. Class 25. Clothing, namely, headwear, footwear, shirts, shorts, hats, pants, jackets, t-shirts, sweaters, dresses and coats; motor sporting articles, namely, tops, bottoms, pants, headwear, hats, caps, shirts, jackets, coats, rainwear, socks, stockings, gloves, footwear, uniforms; belts; gloves.

Goods: Int'l. Class 28. Games and playthings, namely, board games, action skill games, playing cards; coin operated video games, toy motorcycles, remote-control toys, namely, motorcycles, cars, race cars, airplanes, and boats, ] toy steering wheels and toy handlebars, scale model vehicles.

U.S. Reg. No. **4,381,707**
Mark: MOTO 2
Goods: Int'l. Class 4. Industrial greases and oils; industrial lubricants; petroleum-based dust-absorbing, wetting and binding compositions; fuels; illuminants, namely, candles, lamp oil; motor oil; carburants, namely, gaseous fuels, liquid fuels.

Goods: Int'l. Class 7. Machines, namely, fork lifts, machines for the production of automobile parts; machines for production of motorcycle parts; machine tools, namely, turning tools, electro-chemical discharge machine tools for metalworking; motors and engines not for land vehicles; igniting devices for motors and engines, namely, spark plugs, ignition wires; injectors for motors and engines, exhaust manifolds and exhaust mufflers for motors and engines, silencers for engine exhausts; starters for motors and engines; air and oil filters for motors and engines; pulleys being machine parts, belts being machine parts and fans for motors and engines; spark plugs; fuel economizers for motors and engines, namely, fuel catalysts; carburetors for motors and engines; turbo-feeders for motors and engines, namely, fuel lines being parts of motors and engines; anti-friction engine bearings; dynamos; starter motors for motorcycles.

Goods: Int'l. Class 12. Vehicles, namely, land vehicles, motorcycles; vehicle accessories and parts, namely, belts for land vehicle transmissions, drink holders for vehicles, lug nuts for vehicle wheels; apparatus for locomotion by land, air or water, namely, boats, locomotives; airbags for vehicles; anti-theft devices for vehicles; seats for vehicles; non-skid devices for vehicles, namely, anti-skid chains for vehicles, anti-skid studs for vehicles; anti-glare devices for vehicles, namely, windshield visors; safety restraints for vehicles, namely, child restraints for vehicle seats, seat belts for vehicles; seats and seat covers for vehicles; shock absorbers and suspension springs

7

for vehicles; tire chains for vehicles; gearboxes and transmission chains for land vehicles; air pumps for automobiles; motorized golf trolleys; bodies and chassis for vehicles; motorcycle side cars; strollers; motor cars for transport on land; panniers adapted for cycles; automobile windshield sunshades; fitted covers for vehicles; bicycles; bicycle accessories, namely, bicycle brakes, bicycle drive trains, bicycle seats; horns for vehicles; baby carriages; inner tubes for pneumatic tires; windows for vehicles; pneumatic tires and valves for vehicles; tanks for gasoline, oil and brake fluid for vehicles; mudguards; direction signals for vehicles; fitted vehicle covers; handlebars for motorcycles and bicycles; tailboard lifts for vehicles, namely, power-operated lifts specially adapted for vehicles for use with wheelchairs, scooters, personal mobility vehicles, etc.; luggage racks, carriers for vehicles; luggage nets specially adapted for vehicles; rearview mirrors; saddles and saddle covers for motorcycles and bicycles; vehicle frames; caps for vehicle gas tanks; vehicle running boards; brakes and brake linings for vehicles; wheel rims and tires for vehicles; motorized bicycles; steering wheels for vehicles; anti-theft alarms for vehicles; brakes for vehicles; motorcycles; delivery tricycles; mopeds; motor scooters; trailers for vehicles, namely, cargo trailers, bicycle trailers, towable trailers being a recreational vehicle; side cars; motors and engines for land vehicles; electric motors for land vehicles; wheel spokes for land vehicles; transmissions for land vehicles; kickstands for motorcycles; handlebar grips for motorcycles and bicycles; saddlebags for motorcycles.

U.S. Reg. No. **4,423,485**
Mark: MOTOGP Logo
Goods: Int'l. Class 9. scientific, electric, photographic, cinematographic, optical, signaling, control and emergency apparatus and instruments, namely, photographic cameras, flashbulbs and darkroom lamps, photometers, film portrait cameras, movie projectors, exposed cinematographic film, cinematographic films featuring sport events; spectacle frames; hearing protection headsets, not for medical use; apparatus for recording, transmitting, reproducing sound or images; magnetic recording media, namely, black magnetic disks; sound recording discs, namely, blank record disks; blank optical disks; cash registers, calculators, data processors and computers; fire

extinguishers; protective helmets for motorcyclists and cyclists, accident protection footwear and boots; accident protection gloves; cases for spectacles and sunglasses, spectacle frames; pre-recorded cds and dvds featuring motorcycling events and motorcycle races; apparatus for games adapted for use with television receivers only, namely, video game machines for use with televisions; electronic game programs; accident protection suits, namely, protective clothing and protective helmets; protective reinforcements for shoulder, elbows, knees and other body parts for preventing accidents, namely, hard plate personal body armor; pocket calculators; vehicle breakdown warning triangles; reflecting vests for personal use, namely, reflective and illuminated clothing for safety purposes protective padding for motorcycling.

Goods: Int'l. Class 25. clothing, namely, shirts, shorts, hats, pants, jackets, t-shirts, sweaters, dresses and coats, dresses, tops; footwear; rope-soled sandals, scarves swimming suits, dressing gowns, blouses, berets, boots, socks, shoes, sports footwear, sweatshirts, polo shirts, bonnets, gloves, trousers, pajamas, sportswear, namely, tops, bottoms, pants, headwear, hats, caps, shirts, jackets, coats, rainwear, socks, stockings, gloves, footwear, uniforms; underwear, motorists' trousers, motorists' jackets, motorists' gloves; breeches and balaclavas for motorcyclists, wind resistant jackets, trousers and jumpsuits of leather and imitation leather.

Goods: Int'l. Class 28. games and playthings, namely, board games, action skill games, playing cards; coin operated video games, toy motorcycles, remote-control toys, namely, motorcycles, cars, race cars, airplanes, and boats, toy steering wheels and toy handlebars, scale model vehicles; kites, skis, skateboards, dolls; building games; darts, targets; plush toys; toy pistols; shoulder pads and kneed pads for sports use; toy vehicles; hand-held games with crystal screens; football balls; electronic games other than those adapted for use with television receivers only; boxing gloves; hockey gloves; golf gloves; toy scooters; ice skates; roller skates; battery-powered computer game with LCD screen; floor-standing units for playing electronic games

other than in conjunction with a television or computer; tabletop units for playing electronic games other than in conjunction with a television or computer; toy, namely, battery-powered computer game with LCD screen which features animation and sound effects.

Goods: Int'l. Class 41. Organization of cultural and sporting events and activities, namely, motor sporting; Teaching services, namely, providing seminars, workshops, conferences in the field of motorcycle racing; Training services in the field of motorcycle racing; Entertainment in the nature of performing and competing in motor sports events; Organization of shows and exhibitions for cultural, sporting or educational purposes on the subject of motor sports; Production of audio and visual recordings; Arranging and conducting of competitions, colloquiums, conferences and conventions for cultural or educational purposes in the field of motor sports; Motorcycling school services; Sports club services in the nature of providing motor sports, fitness and exercise facilities; Sports teaching with instructors and prepared staff, namely, operation of sports camps; Organization of sports competitions; Operation and rental of speed racing tracks and all kinds of sports facilities.

U.S. Reg. No. **5,393,530**
Mark: MOTOGP Logo
Goods: Int'l. Class 9. Scientific, electric, photographic, cinematographic, optical, signaling, control and emergency apparatus and instruments, namely, microscopes, telescopes, headphones, earphones, music headsets, microphones, video cameras, webcams, head-mounted video cameras, photographic cameras, electronic apparatus and instruments for navigation and positioning, combinations of headsets and microphone; game programs, namely, game programs for arcade-type video games, game programs for hand-held games machines with liquid crystal displays, game software for use with video game consoles, downloadable video game programs, interactive programs for computer games; video game simulators for operation of land vehicles; electronic game software; spectacle frames; sunglasses and spectacle cases; protective visors; protective helmets; protective helmets for cyclists and motorcyclists, footwear and boots for protection against accidents; gloves for

protection against accidents; personal protective equipment and clothing for protection against accidents, namely, protective garments, protective helmets, protective clothing with built in armor for shoulders, elbows, knees and other body parts for the prevention of accidents, protective paddings for shoulders and elbows, knees and other body parts for the prevention of accidents; apparatus for recording, transmission and reproduction of sound or images; blank recording discs, blank optical discs; calculating machines, data processing apparatus and computers; pre-recorded CDs and DVDs featuring motorbike and motorcycle racing events; small portable cassette players with headphones, small portable CD players with headphones; pocket calculators; vehicle breakdown warning triangles; reflective safety vests for personal use.

Goods: Int'l. Class 16. Paper, cardboard and goods made from these materials, namely, calendars, collectible trading cards, posters; stationery and office articles, namely, pens, pencils, felt marking pens, agendas, writing and drawing books, writing tablets; printed matter, namely, magazines, brochures, directories in the field of motorbikes, motorcycling and motorcycle racing; bookbinding material; photographs; stationery; photographs and trading cards albums; adhesives and glues for stationery or household purposes; artists' materials, namely, pencils, color pencils, drawing pads; paintbrushes; typewriters and office requisites, except furniture, namely, staple removers, staplers; printed instructional or teaching material, except apparatus, in the field of motorbikes, motorcycling and motorcycle racing; printed matter being journals, books, magazines, newspapers in the field of motorbikes, motorcycling and motorcycle racing.

Goods: Int'l. Class 18. Leather and imitation leather, goods made of these materials, namely, purses, handbags, wallets, credit card holders, business card cases, clutches, card wallets, travelling sets, briefcases and attache cases, rucksacks, school book bags, bumbags; animal skins; trunks and suitcases; umbrellas, parasols and walking sticks; whips, harness and saddlery; walking sticks, handbags, wallets, belts, being leather saddle belts and leather shoulder belts, suitcases, backpacks, purses, traveling bags.

Goods: Int'l. Class 25. Clothing namely coats, scarves, swimsuits, dressing gowns, blouses, berets, shirts, tee-shirts, sweatshirts, polo shirts, gloves, pants, pajamas, sportswear being Tee-shirts, shirts, gym suits, sweat shirts, trousers, jackets, polo shirts, underwear, apparel for motorists, namely jackets, blousons, trousers, driving gloves, socks, ,underwear, thermal underwear, tee-shirts, shirts, polo shirts; neck warmers and balaclavas, outer garments for motorcyclists, namely, jackets, windbreak jackets; pants and coveralls of leather and imitation leather; footwear namely boots, shoes, espadrilles; sports shoes, sandals; headgear namely visors, beanies, caps, hats.

Goods: Int'l. Class 28. Toys and games, namely board games, skill games, action games, card games, dolls, apparatus for video games being joysticks, electronic controllers for electronic video game machines, gaming headsets adapted for use in playing video games; arcade video game machines, hand-held video game consoles and handheld game consoles; apparatus for computer games being joysticks, game controllers for computer games; toy scooters; building games; darts; sports gloves, namely boxing gloves, batting gloves; skateboards, in-line roller skates; stuffed animals; toy pistols; toy vehicles; remote control toys, namely motorcycles, cars, race cars, airplanes and boats, toy steering wheels and toy handlebars, toy model vehicles; steering wheels and handles for games; toy scaled model replicas and models of vehicles, playing cards.

Goods: Int'l. Class 35. Retail store services and by means of global computer networks featuring footwear, headgear, clothing, bed covers, embroidered patches, flags, banners, clothing for motorcyclists, clothing protection for motorcyclists, covers for motorcycles and helmets, backpacks, notecases, goods of leather and imitations of leather, school cases, stationery, writing boards, sunglasses and cases for sunglasses, covers for mobile telephones and computers, organizers, books, magazines, newspapers, handbooks, leaflets, instructional and teaching material,

12

photographs, ball-point pens, albums, tickets, calendars, passes, trading cards, writing or drawing books, fountain pens, engravings, tissues of paper, newspapers, maps, postcards, portraits, stamps, card games, jigsaw puzzles, sporting articles, computers, sound and image players, televisions, household electrical appliances, computer goods, games and playthings, miniature and radio-controlled motorcycles, toy motorcycles, video games, DVDs, motorcycles, parts, fittings and spare parts for motorcycles, kickstands for motorcycles, motorcycle tire warmers, manometers, protective sheets for motorcycles, motorcycle lubricants, articles for the cleaning and preservation of motorcycles and helmets, articles for the cleaning and preservation of clothing for motorists, jewelry, watches and clocks, stopwatches, image and video cameras, cosmetics, cleaning, preservation and perfumery articles, household goods, dishes, glasses, mugs, cutlery, furniture; advertising; commercial business management; dissemination and distribution of advertising material in the nature of leaflets, prospectuses, printed matter, samples; business assistance in connection with the operation of commercial companies as franchises; franchising services, namely offering business management assistance with the operation or management of a commercial company; business assistance services by means of marketing studies, commercial and public opinion research, business organization, business advice services, business reports and research, exclusive agency representation, import and export services; recording, transcription, composition, compilation or systematization of written communications and recordings, as well as use or compilation of mathematical or statistical data for business purposes; publication of advertising texts, advertising by mail order, public relations, public opinion polling; catalog sale being direct for tickets and subscriptions to electronic publications.

Goods: Int'l. Class 41. Organization of exhibitions for sporting and cultural purposes; education services, namely, workshops, classes, seminars in the field of motorcycle racing; training in the field of motorcycle driving; amusement centers; organization of fairs and exhibitions for cultural, sporting or educational purposes; production of audiovisual recordings; editing and publication of books and texts other

than for advertising; organization and conducting of motorcycle competitions, colloquiums, educational conferences and congresses in the field of motor sports; museum services; production services for television shows and television sports shows; academies, namely, performing arts academies,; motorcycle school services; sports club services, namely, arranging, organizing, and hosting sporting and social events, get-togethers, and parties for club members; teaching with instructors and staff qualified in sports, namely, motor sports; amusement and theme parks; holiday camps; casinos; conducting of sports competitions; discotheques; providing facilities for golf, speed track facilities and sports facilities; provision of cinema and game rooms with gaming machines; discotheque; facilities for use and rental of golf courses, speed tracks and all types of sports facilities.

U.S. Reg. No. **5,543,234**
Mark: MOTOE
Goods: Int'l. Class 25. Clothing, namely, shirts, T-shirts, polo-style shirts, blousons, vests, fleece vests, tracksuits, jackets, wind-resistant jackets, fleece jackets, stuff jackets, raincoats, belts, kerchiefs, anoraks, scarves, skirts, skorts, raincoats, gloves, trousers, shorts, pajamas, jeans, polo shirts, pullovers, sweatshirts, sweaters, jerseys, swimming trunks, swimsuits, beachwear; underwear, namely, undershirts, underpants, briefs, slips, brassieres, socks; sportswear, namely, sports shirts, sports T-shirts, sports jackets, tracksuit bottoms, sweat pants, wristbands, gym shorts, gym shirts, sweatshirts, thermal underwear; clothing for motorcyclists for fashion purposes not for safety purposes, namely, jackets for motorcyclists, motorcycle gloves, trousers for motorcyclists, motorcycle wind-proof jackets, waterproof clothing for motorcyclists, trousers and suits made of leather and imitation leather for motorcyclists, boots for motorcyclists, socks for motorcyclists, waterproof outfits for motorcyclists; footwear, namely, boots, shoes, sandals, motorcycling boots, half boots, sports shoes, flip flops, metal fittings for shoes, sandals, slippers, trainers; headgear, namely, caps, beanies, hats, visor caps, balaclavas, sun visors.

Goods: Int'l. Class 38. broadcasting of television and radio programs; cable television broadcasting relating to motorcycling; satellite transmission relating to

motorcycling; transmission of messages, video and images relating to motorcycling via computer; broadcasting of radio and television programs relating to motorcycling; provision of discussion forums on the Internet, namely, chat rooms, and forums; transmission of virtual products by means of global networks, namely, electronic transmission of photos, and documents via electronic devices; video broadcasting featuring motion pictures and television programs; broadcasting services, namely, operation of a subscription television service and video-on demand service; video broadcasting featuring motion pictures and television programs related to motorcycling.

Goods: Int'l. Class 41. Organization of sporting and cultural events and activities, namely, the organization of community sporting and cultural events; educational services, namely, the organization of seminars, workshops and conferences in the field of motorcycle racing; on-line training courses in the fields of motorcycle racing, radio and television broadcasting; entertainment services, namely, arranging competitive motor sports events; education services, in particular the organization of educational exhibitions in the field of motor sports; production of audiovisual recordings relating to motorcycling; editing and publication of books and texts for others other than for advertising; production and presentation of shows, sports retransmissions, namely, the production and distribution of television programs and motion picture films; motorcycling school services, namely, organization of classes, seminars and workshops in the field of motorcycling; entertainment services for sporting activities, in particular the services of a sports club, namely, the provision of physical fitness and exercise instruction services; organization of sports competitions; provision of sports facilities, namely, operation and rental of race track.

                Respectfully submitted,

Dated: September 20, 2023

                By:    s/Michael A. Hierl
                      Michael A. Hierl (Bar No. 3128021)
                      William B. Kalbac (Bar No. 6301771)
                      Robert P. McMurray (Bar No. 6324332)
                      Hughes Socol Piers Resnick & Dym, Ltd.
                      Three First National Plaza
                      70 W. Madison Street, Suite 4000
                      Chicago, Illinois 60602
                      (312) 580-0100 Telephone
                      (312) 580-1994 Facsimile
                      mhierl@hsplegal.com

                      Attorneys for Plaintiff
                      Dorna Sports, S.L.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Notice of Claims Involving Trademarks was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 20, 2023.

s/Michael A. Hierl